IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLORADO AND SANTA FE ENERGY COMPANY, LLC,

    Plaintiff,

v.

NEXANT, INC.,

    Defendant.

No. C 12-00011 JSW

**ORDER OF DISMISSAL**

On September 25, 2012, the Court granted Defendant Nextant, Inc.'s motion to dismiss the Complaint filed by Plaintiff Colorado and Santa Fe Energy Company, LLC. The Court granted Plaintiff leave to file an amended complaint by October 16, 2012. Plaintiff has not filed an amended complaint. Accordingly, the Court HEREBY DISMISSES this case, with prejudice. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:12-cv-00011-JSW Document37 Filed11/19/12 Page2 of 2